IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HAROLD R. EUBANKS,
      Plaintiff,

vs.                         Case No.:   3:19cv3781/MCR/EMT

SHERIFF BOB JOHNSON, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).   By order of this court dated November 18, 2019, the court directed Plaintiff to file an amended complaint within thirty (30) days (ECF No. 5).   Plaintiff did not file an amended complaint; therefore, on December 30, 2019, the court issued an order directing Plaintiff to show cause, within thirty (30) days, why this case should not be dismissed for his failure to comply with the November 18 order (*see* ECF No. 6).   Although the copy of the show cause order mailed to Plaintiff at his record address was returned to the court as undeliverable (*see* ECF No. 7), the court re-sent a copy of the order to Plaintiff at his release address, 4413 Alanthus Street, Milton, Florida 32583 (*see* ECF No. 8).   That copy was also returned as undeliverable (ECF No. 9).   As of the date of this Report and

Recommendation, Plaintiff has not filed an amended complaint, explained his failure to do so, or notified the court of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 24<u>th</u> day of February 2020.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.